# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **SONIC INDUSTRY, LLC**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13 C 9251 |
| | ) |
| **iROBOT CORPORATION**, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM

Promptly after the belated delivery to this Court's chambers of a copy of the patent infringement complaint in this action, this Court issued a January 17, 2014 memorandum order ("Order") that (1) questioned the choice by plaintiff Sonic Industry, LLC ("Sonic") of this forum for the litigation and (2) directed that Sonic -- and perhaps defendant iRobot Corporation ("iRobot"), if possible -- provide responsive input on that subject. After Sonic did respond, this Court issued a further January 31 memorandum that specifically asked to hear from iRobot as well.

With iRobot's February 14 response now in hand, this Court's initial concern has been fortified, and it is prepared to grant iRobot's 28 U.S.C. § 1404(a) motion for transfer to another judicial district. Because iRobot's response has shown that transfer would be appropriate to the United States District Court in either the District of Delaware or the District of Massachusetts, this Court will look to counsel for both litigants to present their views during the previously scheduled March 6 status hearing so that a transfer order may be entered at that time.

                                                   Milton I. Shadur
                                                   Senior United States District Judge

February 24, 2014