# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SONIC INDUSTRY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IROBOT CORPORATION, <br><br> Defendant. | **Civil Action No: 13-CV-9251** <br><br> **DEMAND FOR JURY TRIAL** |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant iRobot Corporation pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 4, 2014

Respectfully submitted,

| **Sonic Industry, LLC** | **iRobot Corporation** |
|---|---|
| /s/ Justin Kaplan | /s/ Allan J. Sternstein |
| Justin Kaplan (6298464) | Allan J. Sternstein (asternstein@lathropgage.com) |
| Attorney for Plaintiff | Sara M. Skulman (mskulman@lathropgage.com) |
| PARIKH LAW GROUP, LLC | LATHROP & GAGE LLP |
| 150 S. Wacker Drive, Suite 2600 | 155 North Wacker Drive, Suite 3050 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 725-3476 (tel.) | Telephone: (312) 920-3300 |
| | Facsimile: (312) 920-3301 |
| | |
| | Kelly E. Farnan |

Katharine C. Lester
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701
*Of Counsel for Defendant iRobot Corporation*

## **CERTIFICATE OF ELECTRONIC SERVICE**

I, Justin Kaplan, an attorney, hereby certify that on March 4, 2014, I caused to be electronically filed the foregoing **Stipulation of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** by using the CM/ECF system, which sent a notice of electronic filing to all parties of record.

/s/     Justin Kaplan